| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | EZRA NELSON-GARBER |

FILED

MAY 1 5 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:08-cr-0324 GSA |
|---|---|---|
| Plaintiff, | ) | STIPULATION FOR RELEASE OF |
| | ) | PROPERTY AND ORDER THEREON |
| v. | ) | |
| | ) | Magistrate: Hon. Sandra M. Snyder |
| EZRA NELSON-GARBER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, LAUREL J. MONTOYA, Assistant United States Attorney, counsel for Plaintiff, and CHARLES J. LEE, Assistant Federal Defender, counsel for Defendant Ezra Nelson-Garber, that money in the amount of $924 held in evidence on this case by the National Park Service be returned to Mr. Ezra Nelson-Garber forthwith.

Dated: May 11, 2009

LAWRENCE BROWN
United States Attorney

By: /s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant United States Attorney
Attorney for Plaintiff

///

///

| | |
|---|---|
| Dated: May 11, 2009 | DANIEL J. BRODERICK<br>Federal Defender<br><br>By: /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>Ezra Nelson-Garber |

# ORDER

**IT IS SO ORDERED** that the money in the amount of $924 be returned to Mr. Ezra Nelson-Garber.

DATED: May 15, 2009

_____
HON. SANDRA M. SNYDER
United States Magistrate Judge
Eastern District of California